IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.  ) | CASE NO.: 3:14-CR-298-M (12) |
| ) | |
| RYAN YARBRO, ) | |
|     Defendant. ) | |

ORDER DEFERRING ACCEPTANCE
OF BOTH THE PLEA, AND THE PLEA AGREEMENT,
UNTIL SENTENCING

The Court has reviewed the relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty, of the United States Magistrate Judge, entered February 2, 2016.

No objections thereto having been filed within fourteen (14) days of service in accordance with 28 U.S.C. § 636(b)(1), the Court defers acceptance of both the plea and the plea agreement until the date the defendant is set for sentencing.

The Court accepts the February 2, 2016 Findings of the United States Magistrate Judge that this matter be set for a hearing before the United States Magistrate Judge who set the conditions of release for determination of whether it has been clearly shown that there are exceptional circumstances under § 3145(c) why the defendant should not be detained under § 3143(a)(2), and whether it has been shown by clear and convincing evidence that the defendant is likely to flee or pose a danger to any other person or the community if released under § 3142(b) or (c),

SO ORDERED.

DATED: February 23, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS